[No. 72639-1-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD BERNARD WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-1-00113-7, Charles R. Snyder, J., entered November 3, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 72669-2-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON CASTILLO ROMERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-02480-9, Elizabeth J. Berns, J., entered October 24, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.

[No. 72840-7-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE AARON GRIENER-JACOBSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02893-4, Monica J. Benton, J., entered December 18, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 72850-4-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN CHADWICK DUBLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04112-1, Laura Gene Middaugh, J., entered November 17, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Leach, JJ.